# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# *ELECTRONICALLY FILED*

| | |
|---|---|
| ROBERT HILL, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-00058-BJB |
| DEPUY ORTHOPAEDICS, INC., *et al.* | ) |
|       Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's text order entered Dec. 27, 2023 (Doc. 106), Plaintiff Robert Hill and Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson Services, Inc., and Johnson & Johnson, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned case and all claims asserted in the Complaint shall be and are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 9, 2024

**HAVE SEEN AND AGREED TO:**

*/s/ Elizabeth A. Thornsbury*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
ELIZABETH A. THORNSBURY
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: amehr@austinmehr.com
Email: pgf@austinmehr.com
Email: elizabeth@austinmehr.com
*Counsel for Plaintiff*

and

*/s/ Susan J. Pope* (with permission)
Susan J. Pope
**Frost Brown Todd LLP**
Lexington Financial Center
250 West Main, Suite 2800
Lexington, KY 40507-1749
Phone: (859) 244-3204
Email: spope@fbtlaw.com

Lori E. Hammond
**Frost Brown Todd LLP**
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: (502) 589-5400
Email: lhammond@fbtlaw.com

Molly E. Flynn (*admitted pro hac vice*)
**Barnes & Thornburg LLP**
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Phone: (445) 201-8910
Email: molly.flynn@btlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered to receive such notice.

                                      */s/ Elizabeth A. Thornsbury*
                                      ELIZABETH A. THORNSBURY